UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

     v.                               CASE NO. 6:24-cr-91-WWB-UAM

FRANKLIN L. CARTER JR.
JONATHAN CARRILLO

## **JOINTLY PROPOSED VOIR DIRE**

The United States of America, by Gregory W. Kehoe, United States Attorney for the Middle District of Florida, and the defendants, Franklin L. Carter Jr. and Jonathan Carrillo, through their counsel, Matthew Ferry and Brice Aikens, respectively, request the Court ask the following questions of the jury panel during jury selection. Defense counsel did not raise any objections as to the government's requested voir dire.

Defense counsel for Jonathan Carrillo separately proposed a set of voir dire questions. Where different from the government's proposed questions, those questions are set forth following the government's proposals. Any objections to these proposed questions are noted in footnotes.

Respectfully submitted,

GREGORY W. KEHOE
United States Attorney

By: */s/ Sarah Megan Testerman*
Sarah Megan Testerman
Assistant United States Attorney
Florida Bar No. 0124884
400 W. Washington Street, Suite 3100
Orlando, Florida 32801
Telephone:   (407) 648-7500
Facsimile:    (407) 648-7643
E-mail: megan.testerman@usdoj.gov

**U.S. v. FRANKLIN L. CARTER JR. ET AL.**          **Case No. 6:24-cr-91-WWB-UAM**

## CERTIFICATE OF SERVICE

I hereby certify that on May 17, 2025, I electronically filed the foregoing with the

Clerk of the Court by using the CM/ECF system which will send a notice of electronic

filing to the following:

Matthew Ferry
Attorney for Franklin L. Carter Jr.

Brice Aikens
Jason Reid
Attorneys for Jonathan Carrillo

/s/ *Sarah Megan Testerman*
Sarah Megan Testerman
Assistant United States Attorney
Florida Bar No. 0124884
400 W. Washington Street, Suite 3100
Orlando, Florida 32801
Telephone: (407) 648-7500
Facsimile: (407) 648-7643
E-mail: megan.testerman@usdoj.gov

## GOVERNMENT'S REQUESTED VOIR DIRE NO. 1

Please state your full name.

What is your occupation?  If you are retired or not currently working, please state what your last employment was.

What is your prior occupation, if any?

What is your educational background?

Do you have any special or professional license?

Are you married?

Is your spouse employed?  If so, what type of work does he or she do?

Does your spouse have any prior occupation? If so, what?

Do you have any children of working age?

If so, how many and what type of work do they do?

## GOVERNMENT'S REQUESTED VOIR DIRE NO. 2

Have you ever served on a jury before, either in state court or in federal court?

If so, when did you serve?  Where?

What type of case did you sit as a juror in?

Did the jury on which you served reach a verdict?

Were you the foreperson?

Was there anything about that experience you had as a juror which could in any way affect your ability to sit as a fair and impartial juror in this type of case and concerning these types of charges?

If you previously sat as a juror in a case, the law which you were told in that case may be different from the law that would relate to these criminal charges.  Can you assure the Court and both counsel that you will obey and follow the law as I instruct you, even if it is contrary to what you were told in the case(s) on which you previously sat as a juror?

## <u>GOVERNMENT'S REQUESTED VOIR DIRE NO. 3</u>

Do you have any member of your family, close friend, or acquaintance who is involved in law enforcement, including state or federal police officers, sheriff's deputies, law enforcement agents, or agents with the Internal Revenue Service, or any state or other federal law enforcement agency?

If so, who do you know?  What does that person do?  What is the nature of your relationship to that person?

Could the fact that you have such a friend or relative in any way affect your ability to be a fair and impartial juror sitting in a criminal case and evaluating the testimony of law enforcement officers?

## <u>GOVERNMENT'S REQUESTED VOIR DIRE NO. 4</u>

Does any member of the jury panel have any matter pending before the United States Attorney's Office in this district or any other district in which you are involved as a party, witness, or subject of some legal action?

If so, please explain what type of matter it is and what your involvement in it is.

## GOVERNMENT'S REQUESTED VOIR DIRE NO. 5

Have you, any family member, or close friend ever been the victim of a crime?

If so, what happened?

When did this happen?

Was anyone charged or prosecuted as a result?

If so, did you have to speak to police, appear in court, or give testimony in that regard?

Is there anything in that experience which could in any way affect your ability to render a verdict in a criminal case which would be fair and impartial both to the defendants and to the United States?

## GOVERNMENT'S REQUESTED VOIR DIRE NO. 6

Has any member of the jury panel ever served as a grand juror, either in state or federal court?

If so, when and where?

Was there anything about that experience which could in any way affect your ability to render a verdict in this type of criminal case that would be fair and impartial both to the defendants and to the United States?

The law with respect to the burden of proof in grand jury proceedings is different from the law that would relate to a trial on these charges. Can you assure the Court and counsel for all parties that you will obey and follow the law as I instruct you, even if it is contrary to what you were told in the case(s) on which you previously sat as a grand juror?

## GOVERNMENT'S REQUESTED VOIR DIRE NO. 7

Has any member of the jury panel or any family member, close friend, or acquaintance of yours ever been investigated by any federal, state, or local law enforcement agency?

If so, what was the subject of the investigation?  What was the outcome of the matter?

Have you or any family member or close friend ever been arrested, charged, or convicted of any crime?

If so, what was the crime?  What was the outcome of the case?

Would that experience in any way cause you to be unable to evaluate fairly and impartially the evidence and testimony of the witnesses who will testify on behalf of the United States?

## GOVERNMENT'S REQUESTED VOIR DIRE NO. 8

Has anyone ever been a witness in any type of court or judicial proceeding?

If so, what type of proceeding did you give testimony in?  Were you subject to cross-examination by attorneys for either side in that case or proceeding?

If your answer to any of these questions was yes, do you feel that your experience as a witness could in any way affect your ability to fairly and impartially evaluate the testimony of the witnesses who will testify in this case?

## GOVERNMENT'S REQUESTED VOIR DIRE NO. 9

Does any member of the jury panel have any strong feelings or opinions concerning the United States government or any state or federal law enforcement agency, more specifically, the Internal Revenue Service, which might in any way affect your ability to be a fair and impartial juror in this case?

## GOVERNMENT'S REQUESTED VOIR DIRE NO. 10

The defendants are on trial for their actions as alleged in the indictment.  No other person is on trial in this case.

Can you decide this case based upon the evidence offered and not allow your verdict to be affected by any evidence about any other person mentioned during the course of the trial or by your opinions about any of those other persons' actions?

To put it another way, can you promise the Court and counsel that you will not permit opinions you might have from the testimony and evidence you will hear as to what other persons did or did not do to alter or affect your verdict as to the actions and conduct of the defendants?

## GOVERNMENT'S REQUESTED VOIR DIRE NO. 11

Do any among you have any conscientious objection, religious belief, or other mental reservation such that you could not, in good faith and in good conscience, sit as a juror in this criminal case and return a verdict of guilty if you believed from all the evidence that the United States has proved its case beyond a reasonable doubt?

Is there anyone here who feels that for any moral or religious reasons that he or she cannot sit in judgment of another human being?

Do any among you feel that you would be unable to follow the Court's instruction that in reaching your verdict in this case, you must not be influenced in any way by either sympathy or prejudice for or against either the defendants or the United States?

## <u>GOVERNMENT'S REQUESTED VOIR DIRE NO. 12</u>

The attorneys for the United States have advised that in this case, the government allegedly lost money as a result of the actions of the defendants alleged in the indictment.

Does any member of the jury panel feel that you might in any way treat the allegations of the criminal conduct in a case such as this as less serious or less important because of the fact that it was the government and not an individual that may have suffered a loss as a result of the criminal conduct?

## <u>GOVERNMENT'S REQUESTED VOIR DIRE NO. 13</u>

Does any member of the jury panel have any strong feelings or opinions concerning the United States government or, more specifically, the Internal Revenue Service, which might in any way affect your ability to be a fair and impartial juror in a case such as this?

Do any of you feel that you, a family member, or close friend have ever been treated unfairly by an official or employee of the Internal Revenue Service? If so, please explain the circumstances and why you feel that the official or employee was unfair.

## **GOVERNMENT'S REQUESTED VOIR DIRE NO. 14**

Do any among you either personally believe or belong to any group or organization that holds among its beliefs that citizens of this country should not be required to pay income taxes or that the Internal Revenue Service should be abolished or its staff cut?

## GOVERNMENT'S REQUESTED VOIR DIRE NO. 15

Has anyone on the jury panel ever had any difficulty receive a tax refund from the Internal Revenue Service?

Has anyone ever been audited by the Internal Revenue Service?

## **GOVERNMENT'S REQUESTED VOIR DIRE NO. 16**

How are your taxes prepared? Self? Tax preparer?

## JONATHAN CARRILLO'S REQUESTED VOIR DIRE NO. 1

What hobbies do you have?

## **JONATHAN CARRILLO'S REQUESTED VOIR DIRE NO. 2**

Have you, any relatives, or anyone close to you ever been self-employed or owned a business of any kind? If so, what kind?

## JONATHAN CARRILLO'S REQUESTED VOIR DIRE NO. 3

What is your source of news, both for local and world news?

## **JONATHAN CARRILLO'S REQUESTED VOIR DIRE NO. 4**

Does your vehicle that you primarily drive have any bumper stickers or vanity plates? If so, what are they?

## <u>JONATHAN CARRILLO'S REQUESTED VOIR DIRE NO. 5</u>

Do you or does anyone in your family work in law enforcement?

Do you have any friends in law enforcement? How often do you see this person?

How often do you discuss his/her job or his/her cases?

Do you believe a law enforcement witness over a lay witness, all other things

being equal, because the witness is in law enforcement?

## **JONATHAN CARRILLO'S REQUESTED VOIR DIRE NO. 6**

Do you have any friends or family that are lawyers or work in a law office? If so, what areas of law is the practice in?

## **JONATHAN CARRILLO'S REQUESTED VOIR DIRE NO. 7**

Do you know any of the witnesses list? If so, whom do you know?

## JONATHAN CARRILLO'S REQUESTED VOIR DIRE NO. 8[1]

Can you accept that the defendants at this moment are presumed innocent of any crime that the government is alleging?

Does the fact that a defendant is here at trial suggest to you that he must have done something to be here?

Do you understand the difficulty in proving a negative, that something did not happen?

Do you think it is more important to punish all guilty people or to not punish any innocent people?

Has anyone ever been accused of a crime? If so, what was the crime? What was the outcome?

Can you follow the law exactly that the government must prove each and every element of an offense beyond and to the exclusion of a reasonable doubt? Would you be able to follow the law and find a defendant not guilty if the government presents clear and convincing evidence of guilt, but not to the exclusion of any reasonable doubt to an element of the charged offenses?

Can you follow the law exactly that a defendant does not have to put on any evidence or testimony and not hold that against the defendant? Do any of you believe that you may consciously or subconsciously hold it against a defendant if he chooses not to testify?

If you had to provide a verdict at this moment, what would it be?

---

[1] The government objects to portions of this proposed voir dire as confusing, particularly as to the question concerning "the difficulty in proving a negative." Additionally, the government objects to the inquiry concerning burden of proof and following the law to the extent that the phrasing deviates from the Pattern Jury Instructions as to those issues.

## <u>JONATHAN CARRILLO'S REQUESTED VOIR DIRE NO. 9</u>

Will you hold it against a party if a lawyer frequently makes objections to the evidence being presented?

If the judge sustains an objection, will you be able to set aside any portion of the evidence the judge instructs you to not consider, or do you think that the objected to evidence may enter your mind when coming to a verdict?

## <u>JONATHAN CARRILLO'S REQUESTED VOIR DIRE NO. 10</u>

Do you believe you will be fair or impartial? Do you believe you currently support one party more than the other party and that this impartiality will taint your view of the evidence or come into play when determining your verdict?

If you are convinced of a particular verdict, will you be able to stand by your decision even if there is pressure to change your verdict?

## <u>JONATHAN CARRILLO'S REQUESTED VOIR DIRE NO. 11</u>

Is there anything you believe that the court and the parties should know about you that may impact your ability to start the trial with a clean slate or pay attention to the presentation of the evidence and the judge's instructions on the law?