UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.   CASE NO. 6:24-cr-91-WWB-UAM

FRANKLIN L. CARTER JR.
JONATHAN CARRILLO

## JOINTLY PROPOSED VERDICT FORM

The United States of America, by Gregory W. Kehoe, United States Attorney for the Middle District of Florida, and the defendants, Franklin L. Carter Jr. and Jonathan Carrillo, through their counsel, Matthew Ferry and Brice Aikens, respectively, jointly submit the following proposed verdict form.

Respectfully submitted,

GREGORY W. KEHOE
United States Attorney

By: /s/ *Sarah Megan Testerman*
Sarah Megan Testerman
Assistant United States Attorney
Florida Bar No. 0124884
400 W. Washington Street, Suite 3100
Orlando, Florida 32801
Telephone:    (407) 648-7500
Facsimile:    (407) 648-7643
E-mail: megan.testerman@usdoj.gov

**U.S. v. FRANKLIN L. CARTER JR. ET AL.**          Case No. 6:24-cr-91-WWB-UAM

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 17, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Matthew Ferry
Attorney for Franklin L. Carter Jr.

Brice Aikens
Jason Reid
Attorneys for Jonathan Carrillo

*/s/Sarah Megan Testerman*
Sarah Megan Testerman
Assistant United States Attorney
Florida Bar No. 0124884
400 W. Washington Street, Suite 3100
Orlando, Florida 32801
Telephone:   (407) 648-7500
Facsimile:    (407) 648-7643
E-mail: megan.testerman@usdoj.gov

2

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

    v.                                          CASE NO. 6:24-cr-91-WWB-UAM

FRANKLIN L. CARTER JR.
JONATHAN CARRILLO

**VERDICT**

1. **Count One of the Indictment**

    As to the offense of conspiracy to defraud the United States, in violation of 18 U.S.C. § 371,

    We, the Jury, find the defendant, Franklin L. Carter Jr.:

        Guilty _____                Not Guilty _____

    We, the Jury, find the defendant, Jonathan Carrillo:

        Guilty _____                Not Guilty _____

2. **Count Two of the Indictment**

    As to the offense of aiding in the preparation and presentation of a false tax return (Taxpayer M.A., Tax Year 2017), in violation of 26 U.S.C. § 7206(2),

    We, the Jury, find the defendant, Jonathan Carrillo:

        Guilty _____                Not Guilty _____

3. **Count Three of the Indictment**

    As to the offense of aiding in the preparation and presentation of a false tax return (Taxpayer M.A., Tax Year 2018), in violation of 26 U.S.C. § 7206(2),

    We, the Jury, find the defendant, Jonathan Carrillo:

        Guilty _____                Not Guilty _____

4.   **Count Four of the Indictment**

As to the offense of aiding in the preparation and presentation of a false tax return (Taxpayer M.A., Tax Year 2019), in violation of 26 U.S.C. § 7206(2),

We, the Jury, find the defendant, Jonathan Carrillo:

Guilty _____     Not Guilty _____

5.   **Count Eight of the Indictment**

As to the offense of failing to file an income tax return (Tax Year 2019), in violation of 26 U.S.C. § 7203,

We, the Jury, find the defendant, Franklin L. Carter Jr.:

Guilty _____     Not Guilty _____

6.   **Count Nine of the Indictment**

As to the offense of failing to file an income tax return (Tax Year 2020), in violation of 26 U.S.C. § 7203,

We, the Jury, find the defendant, Franklin L. Carter Jr.:

Guilty _____     Not Guilty _____

SO SAY WE ALL, this ___ day of June, 2025.

_____
FOREPERSON