**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

---

UNITED STATES OF AMERICA

VS.                                        CASE NO: 6:24-cr-91-WWB-UAM

FRANKLIN L CARTER, JR

| **JUDGE:** | David A. Baker | **COUNSEL FOR GOVERNMENT:** | Megan Testerman |
|---|---|---|---|
| **DEPUTY CLERK:** | Regina Fermer | | |
| **COURT REPORTER:** | Heather Suarez<br>heathersuarez.usocr@gmail.com | **COUNSEL FOR DEFENDANT:** | Matthew Ferry |
| **SCHEDULED DATE/TIME:** | May 30, 2025<br>8:34am-8:58am<br>**Total time: 24 minutes** | **INTERPRETER:** | N/A |

## MINUTES – Guilty Plea Hearing

Case called; appearances taken. Defendant sworn.

Court inquires of the defendant-No issue as to competency.

Defendant consents to have the Magistrate judge take his plea.

Court advises defendant of his rights and reviews the Notice of maximum penalty, elements of offense, personalization of elements and factual basis as stated on the record.

Court receives the guilty plea as to Counts One, Eight, and Nine of the Superseding Indictment and will enter a Report and Recommendation.

Sentencing will be set by separate notice.

Defendant remains on conditions of release pending sentencing.

Court adjourned.